# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2443 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 42 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 28134 |
| | : | |
| RICHARD S. ROSS, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of February, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is hereby granted, and Richard S. Ross is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. The suspension is stayed in its entirety, and he is placed on probation for a period of two years, subject to the following conditions:

1. Respondent shall repay Henry Kopczynski the $4,500 balance of the $5,000 which he received as an unearned fee, at the rate of $750 per month, beginning from the date of this Order, so that the entire amount is repaid within six months;

2. Respondent shall obtain a practice monitor, approved by the Office of Disciplinary Counsel, who will meet with Respondent at Respondent's office and make quarterly reports to the Secretary of the Disciplinary Board;

3. Respondent shall submit quarterly reports and documentation to Petitioner in which he attests to his compliance with Rule of Professional Conduct 1.15;

4.  At the conclusion of the prescribed period of probation, Respondent shall apply for termination of probation, in accordance with Section 89.294 of the Disciplinary Board Rules; and

5.  Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).